Name: ELIAS S ROBINSON
Mailing address: 802 N PINE #2
City, State, Zip: ANCHORAGE ALASKA 99508
Telephone: 907 215-5278
Email: eliasandmichaelav@yahoo.com

RECEIVED
SEP 15 2023
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

Elias Steve Robinson,
(Enter full name of plaintiff in this action)

Plaintiff,

vs. State of Alaska

Background Check Department,
Department of Health & Social Services,
Jennifer Tillman BCP Supervisor
Kimberly Allen DHSS - State AAG
(Enter full names of defendant(s) in this action. Do NOT use et al.)

AAG Paul R.J. Petersen Defendant(s).

Case No. 3:23-CV-00217-SLG
(To be supplied by Court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT**
**42 U.S.C. § 1983**

**(NON-PRISONERS)**

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you assert jurisdiction under any different or additional authorities, please list them below:

Title 28 U.S.C. 534, Title 28, Code of Federal Regulation (C.F.R.) 20.33 and PUBL. 92-544

## B. Parties
in accordance with 13 AAC 68.320 0FP, Federal dissemination of Policy, DHSS, Div of Healthcare Sev. (1)(2)

1. **Plaintiff**: This complaint alleges that the civil rights of ELIAS S. Robinson,
(print your name)

who presently resides at 802 N. Pine #2 Anchorage Alaska 99508
(mailing address)

were violated by the actions of the individual(s) named below. Superior Court Judge Morse A. Mathews in a wrongful Termination suit.

The Defendants in this Claim are - from several Departments from DHSS. State level Administrations. Departments of Fair Hearing as well as SDJ. Cost Review and Resolutions / Hear For

2. **Defendants** (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, State of ALASKA, DHSS/BCP. SDS. is a citizen of US ALASKA, and is employed as a Kimberly Allen AAG, BCP.
(state)                       (name)       (defendant's government position/title)

____ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, Jennifer Tillman Supervisor of SDS, BCP. is a citizen of US ALASKA, and is employed as a Supervisor of BCP- for DHSS,
(state)           (name)                  (defendant's government position/title)

____ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, Con Duent of Fair Hearings DHSS, is a citizen of US ALASKA, and is employed as a Linda Leigh - Fair Hearing - Agent.
(state)           (name)                  (defendant's government position/title)

____ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Claim 1: On or about 04-1-2019, my civil right to BCP, BackGround check SDS,
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List only one violation.)
was violated by DHSS, BCP, SDS, FAIR Hearing Department
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

Hrs. THE Departments of Several different agency Acting Have "All" Violated - The BackGround Policy of THE CFR - Regulations Twice leaving lost wages AND THE Damage's of PCA/PCS - Waiver's of Services to be HaRmed by in Accuracy Assesments being Assessed by The Following Hearing - THat Have Transpired in to a contanis battel for Services being Rendenured - Under Contract For Services by CFC - AND THE S.DS. along with The DHSS, AG. AND ASSistant Attorney's of Several by Name of Record - Have All force There Rights of Assertions of Athority To Close most The Options of - Evidence is Lacking For The Divisions Rights to Proceed with The Athority Giving by Law of Federal Civil Statutes This Has Also Caused Delays in When, THE Burden in The record Stats THE Source of Cause for violations well THE State AND THE Department Have Issued THE fault of THis process, by Documents - Regardless of THE - Decree of nature - Has existance of Damages all Through out This Claime — by Par of Federal violations Claimed against — THE Proceger

Claim 2: On or about  ;L 1ϛ-2020 - _____, my civil right to
(Date)
T,tle 28 U.S.C. 534 Title 28, CFR 20.33 PubL.92544.
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.)
was violated by BCP, SDS, CAT Review Unit conduent fair Hearings —
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 2. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

Was Done with THE same Department's but a New background Tech who Then Explaning on These Documents sent out, Regarding Certain Dates of Events — which shows And Supports Fars of Evidence From a Fully (Handlage Request of Such Accusatational insults from THE Complaint Filed on Superior Court — THEN After Several Non-excepterc's from This State's Jurisdiction would be a complet waste of Several Years of my Time to take more Revue of Abuses — by Continual Court Harassments of over-Served And Claimed to Have — not recleved — as an exhausting method of — Proof was showing on record but not excepted until Judge Saw otherwise — All reason for Plaintiff Motions of filing gave no Attention of THE Due Processes have being giving Due Processy by any State Level acknowledgements unless giving Through FAIR Hearings of Administrations by Decisions That's were issued by Commeresyoners Approval — which Also Holds Weight of Department's

Claim 3: On or about **BCP, Department of DHSS, SDS**, my civil right to
(Date)
**Provisional Highering Process statutes by state's of Alaska Rules**
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by **Con Duent of Fair Hearing DHSS, SDS, BCP**
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

04-11-2019 (CFR) April 11, 2019 ROI 3-29-2019 illustrates THE DAMAGES OF 06-26-2019 THE DHSS, AWARENESS TO WHY THIS Claim was Filed — Against DHSS, Department of Health & Social Services BCP, state Employees NOVEMBER 18, 2020 — SAME exact Response was Taking THE Course of Action of Hearing which Leads to other Discovery's of Existing violations being Sought out by decisions of Administrations of record's.

THIS Department has Stop a Fair Hearing Request That Prevented a fact find Decision's being Settled by Request on a Denial by Conduent who Can Not Decide That without a ALJ Decision Maker — Documents — Shows This by Certain Dated — filling's by either The response by Plaintiff — And The over Power of The Departments Control of How to give minimum of PCS/PCA AND waiver and minemamal Correct The Changes of Condition as the States used These Amendments to change the Amounts of Services as pleased Leaves Clients PCS/PCA Done wrong.

## D. Previous Lawsuits

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment**? _✗_ Yes ___ No

2. If your answer is "Yes," describe each lawsuit. PCS/PCA SERVICES of ASSESMENTS of Continuence Services Already Qualifide For - Than How many been giving

a. Lawsuit 1: Superior Court of Anchorage Alaska Judicial CASE # 3AN-21-09042CIS-17140 ATTACHMENT DOC'S

Plaintiff(s): ELIAS ROBINSON Legal Huardien for Michaela L Robinson

Defendant(s): Department of DHSS, SDS, PCA/PCS CAT Review Unit Jerry Freeman Health Manager II Melissa Meade Health Mag I

Name and location of court: IN THE SUPREME Court of Appeals

Docket number: _____ Name of judge: Hearman G Walker JR.

Approximate date case was filed: 03-17-2023 Date of final decision: Still Residing

Disposition: ___ Dismissed _✗_ Appealed _✗_ Still pending

Issues Raised: PCS/PCA Amendment And Reduction of Hrs. without Burd

b. Lawsuit 2: PCS/PCA Amendments And Reduction of Services Attempts

Plaintiff(s): but Michaela L. Robinson PRO-per Elias Robinson Legal Huarder

Defendant(s): DHSS, SDS, CAT Re-view Unit Program

Name and location of court: Anchorage Alaska State Atwood suit

Docket number: _____ Name of judge: A.T.J of Administration of Fair Hearing EXCERPT of Re- A Brief of 09-30-2023 3AN-23-05270CI

Approximate date case was filed: _____ Date of final decision: on going settelment-not Accepted At this Time

Disposition: ___ Dismissed _✗_ Appealed _✗_ Still pending

Issues Raised: C.F.C. failed to increase The Area's of No Score's on Assesments - IADLS, ADL's, waivers of Care being Provided as Response to change of conditions being Reported.

## F. Request for Relief
Excessive falls treatment for several Lack of Qualifide on states provission/statute's

Plaintiff requests that this Court grant the following relief: Los+ of non-Payment — Due to Every increase THE Plantiff Has Rights to under Rules For All The Surgeries She Has under gone treatment For - conditions are ongoing Seriously

1. Damages in the amount of $ _____

*It maybe Hard To Define These Types of Damages - by ORDER - To proceed Diffent - Types of - 1. The Default Judgements were NOT TAKING Seriously*

2. Punitive damages in the amount of $ 47,396 3,554,

3. An order requiring defendant(s) to *Attemp A Settelment Regarding All CASES !*

4. A declaration that *Allow's A full federal Hearing of*

5. Other: *PcS/PCA - Waiver Denials Reduction of Hrs. To 12.75 MEDICAID - A,E B - D*

Plaintiff demands a trial by jury. __X__ Yes _____ No

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

Executed at _____ on _____
              (Location)                        (Date)

_____
(Plaintiff's Original Signature)

_____    _____
Original Signature of Attorney (if any)        (Date)

_____
_____
_____
Attorney's Address and Telephone Number